IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

      Plaintiff,                    No. CIV S-04-2360 MCE CMK P

      vs.

EDWARD ALMEIDA, JR., et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 26, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on December 27, 2005 and April 13, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 26, 2006 request is denied.

DATED: August 2, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE