IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O.Z. MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>Defendants. | 2:04-cv-2360 MCE CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE OF COMPLETING PLAINTIFF'S DEPOSITION** |

Defendants' first request to extend discovery deadline for limited purpose of completing Plaintiff's deposition was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have to and including October 16, 2006, within which to complete Plaintiff's deposition.

October 4, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

*Proposed Order Granting Defendants' Request for Extension of*
*Discovery Deadline for Limited Purpose of Completing Plaintiff's Deposition*