IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

      Plaintiff,                     No. CIV S-04-2360 MCE CMK P

    vs.

JAMES TILTON, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On November 1, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Stocker was returned unserved because "no employee, J. Stocker." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the amended complaint filed December 20, 2004;

4     2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7     a. One completed USM-285 form for defendant J. Stocker;

8     b. Two copies of the endorsed amended complaint filed December 20,

9     2004; and

10     c. One completed summons form (if not previously provided)

11 or show good cause why he cannot provide such information.

13 DATED: February 6, 2007.

15                                            **CRAIG M. KELLISON**
16                                            UNITED STATES MAGISTRATE JUDGE

19 /mp
   mart 04cv2360.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

      Plaintiff,                                  No. CIV S-04-2360 MCE CMK P

      vs.

JAMES TILTON, et al.,                  NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __1__    completed USM-285 forms

      __2__    copies of the December 20, 2004 Amended Complaint

DATED:

_____
Plaintiff