IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

    Plaintiff,                      No. CIV S 04-2360 MCE CMK P

   vs.

EDWARD ALMEIDA, , et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested an additional extension of time to complete discovery pursuant to the court's order of March 30, 2007. The court will grant plaintiff's request. In light of the extension of time for discovery, the court will vacate the January 24, 2007 scheduling order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The dates in the January 24, 2007 scheduling order are vacated.

        2  Plaintiff's April 20, 2007 motion for an extension of time is granted.

        3. The deadline for the parties to conduct discovery is extended until July 9, 2007. Any motions necessary to compel discovery shall be filed by that date.

        3. All pretrial motions, except motions to compel discovery, shall be filed on or before September 9, 2007. Motions shall be briefed in accordance with paragraph 7 of this

1

1  court's order filed November 1, 2006.

2      4. Plaintiff shall file and serve his pretrial statement and any motions necessary
3  to obtain the attendance of witnesses on or before November 9, 2007. The procedure for
4  obtaining the attendance of witnesses shall be done in accord with the court's order of January
5  24, 2007. Defendants shall file their pretrial statement on or before November 26, 2007. The
6  parties are advised that failure to file a pretrial statement may result in the imposition of
7  sanctions or in dismissal of this action.

8      5. A pretrial conference (as described in Local Rule 16-282) is set in this case for
9  November 26, 2007, before the magistrate judge. **The pretrial conference shall be conducted**
10 **on the file only, without appearance by either party.**

11     6. Following the pretrial conference, the court will set dates for the trial
12 confirmation hearing and trial.

13     7. The Clerk of the Court is directed to send plaintiff a copy of this court's orders
14 filed on January 24, 2007 and on November 1, 2006.

15

16 DATED: May 8, 2007.

17

18                                     **CRAIG M. KELLISON**
19                                     UNITED STATES MAGISTRATE JUDGE