IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

        Plaintiff,                       No. CIV S 04-2360 ALA P

    vs.

JAMES E. TILTON, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff O.Z. Martin is a state prisoner proceeding pro se with this civil rights action pursuant to 28 U.S.C. § 1983. On November 30, 2007, the court received a request nunc pro tunc for an extension of time to file a pretrial statement by ten days from Defendants Carey and Tilton. After review of the filing, Defendants have shown good cause for the delay.

        Additionally, review of the docket shows that the court is still awaiting service of process for some defendants added via the court's February 28, 2007, order. The court will therefore suspend the filing of pretrial statements until after the court has heard from the remaining defendants.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants November 30, 2007, Defendants nunc pro tunc request for an extension of time is GRANTED; and

        2. The parties are temporarily relieved of their duty to file pretrial statements.

1  /////

2  DATED: December 4, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation