IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

        Petitioner,                No. CIV S-04-02360 ALA HC

    vs.

JAMES E. TILTON, , et al.,

        Respondent.         <u>ORDER</u>

_____/

        On December 11, 2007, Plaintiff filed an ex parte communication with the court, requesting that the U.S. Marshals serve the remaining unserved Defendants, added via the court's February 28, 2007 Order. The court will construe this ex parte communication as a Motion to Serve the Remaining Defendants. The Plaintiff's request is granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

1.     The U.S. Marshals must serve the remaining unserved Defendants, added via the February 28, 2007 Order; and

2.     The court will suspend the filing of pretrial statements until after the court has heard from the remaining Defendants.

/////

DATED: December 14, 2007                  s/ Arthur L. Alarcón
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation