IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

       Plaintiff,                     No. CIV S 04-2360 ALA P

   vs.

JAMES E. TILTON, et al.,

       Defendants.             <u>ORDER</u>

_____/

      Plaintiff O.Z. Martin is a state prisoner proceeding pro se with this civil rights action pursuant to 28 U.S.C. § 1983. On March 19, 2008, plaintiff filed a motion requesting a sixty day extension of time to conduct discovery. Good cause appearing, that motion will be granted.

/////

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 19, 2008, motion to for an extension of time is GRANTED; and

      2. The parties shall conduct discovery until sixty (60) days of the date of this order.

/////

DATED: March 21, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT  JUDGE
                                          Sitting by Designation