IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

        Plaintiff,                    No. CIV S 04-2360 ALA P

    vs.

JAMES E. TILTON, et al.,

        Defendants.              <u>ORDER</u>

_____/

      Plaintiff O.Z. Martin is a state prisoner proceeding pro se with this civil rights action pursuant to 28 U.S.C. § 1983. On March 21, 2008, defendants Holiday and Obedoza filed a motion to dismiss. The court requests plaintiff file a response to that motion prior to issuing a ruling.

      Accordingly, IT IS HEREBY ORDERED that plaintiff file a response to defendants Holiday and Obedoza's March 21, 2008, motion to dismiss within thirty-five (35) days of the date of this order.

/////

DATED: March 25, 2008

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation