IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,                 Case No. 04-CV-2360 ALA (P)

     vs.

JAMES E. TILTON, et al.,

      Defendant.             <u>ORDER</u>

_____/

     Before this Court is Defendants' request for an extension of time to respond to Plaintiff's discovery requests (Doc. No. 88). Good cause appearing, it is hereby ORDERED that Defendants' request is granted. Defendants shall have up to and including May 19, 2008, to serve responses.

///

DATED: May 8, 2008

                                 /s/ Arthur L. Alarcón
                                 UNITED STATES CIRCUIT JUDGE
                                 Sitting by Designation