IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO MARTIN,

      Plaintiff,　　　　　　　　　　Case No. 2:04-cv-02360 ALA (P)

  vs.

JAMES E. TILTON, et al.,

      Defendants.　　　　　　　　　ORDER
_____/

     Before this Court is Plaintiff's request for an extension of time to conduct discovery (Doc. No. 91). Good cause appearing, it is hereby ORDERED that Plaintiff's request is granted. The new discovery-cut off date is June 1, 2008. All other dates set forth in the Court's revised scheduling order (Doc. No. 87) remain in effect.

///

DATED: May 19, 2008

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation