IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

      Plaintiff,                       Case No. 2:04-cv-02360 ALA (P)

      vs.

JAMES E. TILTON, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Before this Court is Defendants' request for an extension of time to file a dispostive motion (Doc. No. 95). Good cause appearing, it is hereby ORDERED that Defendants' request is GRANTED. Defendant has up to and including June 25, 2008 to file a dispositive motion. All other dates set forth in the Court's revised scheduling order (Doc. No. 87) remain in effect.

      Also before this Court is Plaintiff's request that his name be referred to as "O.Z. Martin" in the caption, instead of "Orlando Martin" (Doc. No. 94). Plaintiff's request is granted.

///

DATED: June 2, 2008

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation