IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

      Plaintiff,                    Case No. 2:04-cv-02360 ALA (P)

      vs.

JAMES E. TILTON, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Before this Court is Defendants' request for an extension of time to file a dispostive motion (Doc. No. 97). Good cause appearing, it is hereby ORDERED that Defendants' request is GRANTED. Defendant has up to and including July 2, 2008 to file a dispositive motion. The court will grant no more extensions of time.

      Accordingly, it is hereby ordered that:

1. Defendants shall have up to and including July 2, 2008 to file a dispositive motion.
2. Plaintiff shall file an opposition within 21 calendar days of the filing of a dispositive motion.
3. Defendants shall file a reply within 7 calendar days of the filing of the opposition.
4. All other dates set forth in the Court's revised scheduling order (Doc. No. 87) remain in effect.

///

DATED: June 26, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation