1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  O.Z. MARTIN,

11            Plaintiff,              Case No. 2:04-cv-02360 ALA (P)

12       vs.

13  JAMES E. TILTON, et al.,

14            Defendants.            <u>ORDER</u>

15  _____/

16       Defendants filed a motion for summary judgment on July 2, 2008 (Doc. 99).  Plaintiff is

17  ordered to respond to the motion for summary judgment within 28 calendar days.

18  /////

19  DATED: July 10, 2008
                                    <u>/s/ Arthur L. Alarcón</u>
20                                   UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation
21

22

23

24

25

26

1